# Decisions per curiam from January 1 to June 14, 1914.

No. 1086. MONGE, PLAINTIFF AND RESPONDENT, *v.* CENTRAL VANNINA, DEFENDANT AND APPELLANT.—Appeal from the District Court of San Juan, Section 1, in an action for damages. Motion by the appellant for leave to withdraw the appeal. Decided January 13, 1914. Motion sustained. *Messrs. Hartzell & Rodríguez Serra* for the appellant. *Mr. Hugh R. Francis* for the respondent.

No. 1087. DÍAZ ET AL., PLAINTIFFS AND RESPONDENTS, *v.* ESPADA ET AL., DEFENDANTS AND APPELLANTS.—Appeal from the District Court of Ponce in an action for acknowledgment as natural child. Motion by the appellants for leave to withdraw the appeal. Decided January 15, 1914. Motion sustained. *Mr. Manuel A. Rivera* for the appellants. *Mr. M. M. Sama de Atero* for the respondents.

No. 1089. TORRES, PLAINTIFF AND APPELLANT, *v.* ALVAREZ ET AL., DEFENDANTS AND RESPONDENTS.—Appeal from the District Court of Mayagüez in a case of intervention in ownership of personal property. Motion by the respondents for dismissal of the appeal. Decided January 20, 1914. Appeal dismissed for failure to file a transcript of the record. *Mr. Leopoldo Felíu* for defendant Emilio Alvarez López. *Mr. José Tous Soto* for the appellant.